IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE NICHOLAS, individually,
EUGENE NICHOLAS and HEIDI L.
WORDEN jointly d/b/a Nicholas Farms,
HEIDI L. WORDEN, individually and
d/b/a Kuyahoora Valley Acres, LYNN R.
HOTTLE, individually, LYNN R.
HOTTLE d/b/a Hottle Livestock,

        Plaintiffs,

   v.

MICHAEL J. ROGERS d/b/a Rogers
Farms, MICHAEL J. ROGERS, WENDY
M. ROGERS

        Defendants.

No. 4:18-CV-01630

(Chief Judge Brann)

## ORDER

### JANUARY 31, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Heidi Worden's motion for default judgment (Doc. 14) is **GRANTED**.

2. Defendant Michael Rogers is **ORDERED** to pay $310,499.20 to Worden's counsel by February 28, 2023.

3. The Clerk of the Court is directed to make this case as **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge